UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. EDWARDS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>D. SMITH, et al.,<br><br>　　　　　Defendants. | 1:20-cv-01822-GSA-PC<br><br>**ORDER INFORMING PLAINTIFF THAT HE IS NOT PERMITTED TO ADD INFORMATION PIECEMEAL TO THE FIRST AMENDED COMPLAINT**<br>**(ECF No. 12.)**<br><br>**ORDER STRIKING FIRST AMENDED COMPLAINT LODGED ON APRIL 13, 2022**<br>**(ECF No. 11.)**<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT WITHIN THIRTY DAYS** |

**I.　　BACKGROUND**

　　Charles A. Edwards ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.  On December 28, 2020, Plaintiff filed the Complaint commencing this case.  (ECF No. 1.)  On March 25, 2022, the Court dismissed the Complaint for failure to state a claim, with leave to amend.  (ECF No. 9.)  On April 11, 2022, Plaintiff filed the First Amended Complaint.  (ECF No. 10.)  On April 13, 2022, Plaintiff filed a one-page document titled "first amended complaint," which appears on the court's record as a "Lodged First Amended Prisoner Civil Rights Complaint."  (ECF No. 11.)

1

## II. LOCAL RULE 220 AND FEDERAL RULE OF CIVIL PROCEDURE 15(a) - AMENDING THE COMPLAINT

Local Rule 220 provides, in part:

> Unless prior approval to the contrary is obtained from the Court, every pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by court order shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading. No pleading shall be deemed amended or supplemented until this Rule has been complied with. All changed pleadings shall contain copies of all exhibits referred to in the changed pleading.

It appears that Plaintiff seeks to add information to the First Amended Complaint after the First Amended Complaint was filed. Plaintiff has submitted a page of allegations apart from the First Amended Complaint, filed two days after the First Amended Complaint was filed. Under Local Rule 220, Plaintiff may not add additional allegations to the First Amended Complaint in this manner. The Court shall therefore strike this one-page document which appears on the Court's record as "Lodged First Amended Prisoner Civil Rights Complaint," (ECF No. 11) as being improperly filed.

To add information or make a correction to the First Amended Complaint, Plaintiff must file a new Second Amended Complaint which is complete in itself. The Court shall grant Plaintiff leave to file a Second Amended Complaint, if he wishes, within thirty days. If Plaintiff does not file a Second Amended Complaint within the thirty-day time period, the Court shall proceed in this case with Plaintiff's First Amended Complaint filed on April 11, 2022.

## III. CONCLUSION

Based on the foregoing, it is **HEREBY ORDERED** that:

1. Plaintiff is informed that he is not permitted to add information piecemeal to the First Amended Complaint;

2. Plaintiff's one-page document, on the Court's record as "Lodged First Amended Prisoner Civil Rights Complaint," (ECF No. 11), is stricken from the record[1] as improperly filed;

---

[1] "A document which is 'stricken' will not be considered by the Court for any purpose." (First Informational Order, ECF No. 3 at 2:7-8.)

3. Within 30 days of the date of service of this order, Plaintiff may file a Second Amended Complaint, if he wishes;

4. If Plaintiff does not file a Second Amended Complaint within the thirty-day time period, the Court shall proceed in this case with Plaintiff's First Amended Complaint filed on April 11, 2022; and

5. The Clerk is directed to send Plaintiff a civil complaint form.

IT IS SO ORDERED.

Dated:  **June 7, 2022**                          **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE