UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. EDWARDS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>D. SMITH, et al.,<br><br>　　　　　Defendants. | 1:20-cv-01822-GSA-PC<br><br>**ORDER STRIKING SECOND AMENDED COMPLAINT FOR LACK OF SIGNATURE**<br>**(ECF No. 14.)**<br><br>**ORDER FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT BEARING HIS SIGNATURE WITHIN THIRTY DAYS** |

　　　　Charles A. Edwards ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. On December 28, 2020, Plaintiff filed the Complaint commencing this action. (ECF No. 1.)

　　　　On June 17, 2020, Plaintiff filed the Second Amended Complaint. (ECF No. 14.) The Second Amended Complaint is not signed by Plaintiff. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Therefore, the Second Amended Complaint shall be stricken from the record, with leave to amend within thirty days.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Second Amended Complaint, filed on June 17, 2020, is STRICKEN from the record for lack of signature;
2. The Clerk's Office shall send Plaintiff a § 1983 form complaint;
3. Within thirty days from the date of service of this order, Plaintiff is required to file a Third Amended Complaint bearing Plaintiff's original signature; and
4. Plaintiff's failure to comply with this order shall result in the dismissal of this case.

IT IS SO ORDERED.

Dated:  **June 21, 2022**              **/s/ Gary S. Austin**
                           UNITED STATES MAGISTRATE JUDGE