UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. EDWARDS, | No.  1:20-cv-01822 JLT GSA (PC) |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO PROVIDE DATES OF AVAILABILITY AND UNAVAILABILITY FOR SETTLEMENT CONFERENCE |
| v. | |
| D. SMITH, et al., | |
| Defendants. | DEFENDANTS' AVAILABILITY AND UNAVAILABILITY DATES DUE IN THREE DAYS |

On July 23, 2025, consistent with previous court orders, Defendant D. Smith, who is represented by private counsel, and Defendant Lirio, who is represented by the Office of the Attorney General, filed a response with the Court indicating that Defendants are jointly interested in participating in a settlement conference. See ECF Nos. 33 (ADR stay order); ECF No. 39 (Defendants' joint notice of wish to participate in settlement conference).  Based on this, the Court will refer the matter to a different magistrate judge who will preside over the settlement conference.  Prior to doing so, however, Defendants will be ordered to inform the Court of the following:  (1) which dates within the next two months they are <u>available</u> to participate in a settlement conference, and (2) which dates within the next two months they are <u>unavailable</u> to participate in a settlement conference.

1

    Defendants will be given three days to provide this information to the Court. Thereafter, the matter will be assigned to a different magistrate judge, and the appropriate settlement conference and appearance writ orders will issue.

    Accordingly, IT IS HEREBY ORDERED that consistent with Defendants' indication that the parties wish to participate in a settlement conference (see ECF No. 39), within THREE days from the date of this order, Defendants shall:

    1. INFORM the Court of all dates that Defendants are AVAILABLE to participate in a settlement conference with the next two months, and

    2. INFORM the Court of all dates that Defendants are UNAVAILABLE to participate in a settlement conference within the next two months.

IT IS SO ORDERED.

Dated:   **July 25, 2025**                              **/s/ Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE