UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. EDWARDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. SMITH,<br><br>　　　　Defendants. | No.  1:20-cv-01822 JLT GSA (PC)<br><br>ORDER GRANTING NUNC PRO TUNC PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE<br><br>(ECF No. 43 [REDACTED]) |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff has filed a letter with the Court in which he requests that a settlement conference be scheduled.  See ECF No. 43 ([REDACTED]).[1]  For the reasons stated below, the motion will be granted nunc pro tunc.

I.　　RELEVANT FACTS

On July 23, 2025, Defendants filed a joint notice of their wish to participate in a settlement conference.  See ECF No. 39.  Based on it, the Court ordered Defendants to provide

---

[1] Because the letter contains confidential settlement information, that information has been redacted in it.

1

1  dates of their availability and unavailability. ECF No. 40. On July 28, 2025, each of the two

2  Defendants filed his own notice of dates of availability and unavailability. See ECF Nos. 41, 42.

3  In addition, on July 28, 2025 ,Plaintiff filed what appears to be a request for the Court to set a

4  settlement conference. See ECF No. 43.

5      II.    DISCUSSION

6      Given that Plaintiff and both Defendants are agreeable to participate in a settlement

7  conference and Defendants have provided available dates when they are able to do so, the Court

8  in due course will issue an order which calendars a date for the settlement conference before a

9  different magistrate judge as well as an appearance writ for Plaintiff.

10      Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for a settlement

11  conference date (ECF No. 43 [REDACTED]), is GRANTED nunc pro tunc.

12  **The Court will issue the settlement conference order and Plaintiff's appearance writ**

13  **in due course.**

14

15

16  IT IS SO ORDERED.

17      Dated:   **July 29, 2025**                **/s/ Gary S. Austin**

18                                              UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28