UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. EDWARDS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. SMITH, et al.,<br><br>　　　　　Defendants. | No.  1:20-cv-1822 JLT GSA (PC)<br><br>ORDER ACKNOWLEDGING PARTIES' JOINT STIPULATION TO VOLUNTARILY DISMISS MATTER WITH PREJUDICE<br><br>(ECF No. 51)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |

　　　Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On September 8, 2025, the parties agreed to settle this matter.  See ECF No. 50 (settlement conference minute order).  At that time, the Court ordered the parties to file a stipulation for dismissal of this matter and to do so within thirty days.  Id.

　　　On September 9, 2025, the parties filed a joint stipulation for voluntary dismissal of this case with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  See ECF No. 51.  The Court acknowledges the filing, and consistent with it, it will direct the Clerk of Court to close this case.

1

1     Accordingly, the Court HEREIN:

2     1. ACKNOWLEDGES the parties' jointly filed stipulation to VOLUNTARILY DISMISS this matter with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (see ECF No. 51), and

    2. Consistent with the parties' filed stipulation of dismissal, the Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   **September 26, 2025**             **/s/ Gary S. Austin**
                                                                   UNITED STATES MAGISTRATE JUDGE